**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re: | § | Case No. 19-27028 |
| | § | |
| J&M PRINTING, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Kimberly Husted, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $37,650.53 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $10,256.54 | | |

3) Total gross receipts of $47,907.07 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $47,907.07 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,256.54 | $10,256.54 | $10,256.54 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $26,587.50 | $17,154.38 | $30,725.64 | $30,731.56 |
| General Unsecured Claims (from **Exhibit 7**) | $117,234.00 | $52,799.04 | $53,183.30 | $6,918.97 |
| **Total Disbursements** | $143,821.50 | $80,209.96 | $94,165.48 | $47,907.07 |

4). This case was originally filed under chapter 7 on 11/12/2019. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2021 By: /s/ Kimberly Husted
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo - only account of Debtor since savings account closed in 2015. Checking 5705 | 1129-000 | $6,785.81 |
| Causes of action against third parties (whether or not a lawsuit has been filed) Voidable Preference against Wells Fargo | 1141-000 | $41,121.26 |
| **TOTAL GROSS RECEIPTS** | | $47,907.07 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $5,540.71 | $5,540.71 | $5,540.71 |
| Claim Amount, Trustee | 2200-000 | NA | $22.52 | $22.52 | $22.52 |
| Independent Bank | 2600-000 | NA | $69.86 | $69.86 | $69.86 |
| Interim fees pursuant to order 20, Accountant for Trustee | 3410-000 | NA | $4,503.00 | $4,503.00 | $4,503.00 |
| Interim expenses pursuant to order 20, Accountant for Trustee | 3420-000 | NA | $120.45 | $120.45 | $120.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,256.54 | $10,256.54 | $10,256.54 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Sean Allen | 5300-000 | $12,600.00 | $8,234.10 | $8,234.10 | $8,234.10 |
| 2a | Internal Revenue | 5800-000 | $0.00 | $0.00 | $3,483.90 | $3,483.90 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Service | | | | | |
| 2c | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $1,383.90 | $1,383.90 |
| 2d | State of California | 5800-000 | $0.00 | $0.00 | $781.20 | $0.00 |
| 2b | State of California | 5800-000 | $0.00 | $0.00 | $882.00 | $3,470.92 |
| 4 | Rebecca Glover | 5300-000 | $13,987.50 | $8,920.28 | $8,920.28 | $8,920.28 |
| 4c | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $1,464.23 | $1,464.23 |
| 4a | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $3,774.23 | $3,774.23 |
| 4b | State of California | 5800-000 | $0.00 | $0.00 | $955.50 | $0.00 |
| 4d | State of California | 5800-000 | $0.00 | $0.00 | $846.30 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $26,587.50 | $17,154.38 | $30,725.64 | $30,731.56 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | On Line Bindery | 7100-000 | $2,880.00 | $2,880.00 | $2,880.00 | $382.77 |
| 3 | Heidelberg USA Inc. | 7100-000 | $0.00 | $7,012.02 | $7,012.02 | $931.94 |
| 4F | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $119.14 | $15.83 |
| 4e | Rebecca Glover | 7100-000 | $0.00 | $0.00 | $220.56 | $29.32 |
| 4G | State of California | 7100-000 | $0.00 | $0.00 | $44.56 | $0.00 |
| 5 | Capitol Foil & Embossing Inc | 7200-000 | $450.00 | $450.00 | $450.00 | $0.00 |
| 6 | North Valley Trade Printing Inc | 7200-000 | $629.00 | $629.71 | $629.71 | $0.00 |
| 7 | WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION | 7100-000 | $32,000.00 | $31,946.42 | $31,946.42 | $4,245.88 |
| 8 | WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION | 7100-000 | $4,951.00 | $5,121.08 | $5,121.08 | $680.62 |
| 9 | WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION | 7100-000 | $5,000.00 | $4,759.81 | $4,759.81 | $632.61 |
| | AGFA Corp | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Best Overnite Express | 7100-000 | $267.00 | $0.00 | $0.00 | $0.00 |
| | Chevron PLCC | 7100-000 | $2,072.00 | $0.00 | $0.00 | $0.00 |
| | Digital Paper Source | 7100-000 | $635.00 | $0.00 | $0.00 | $0.00 |
| | Golden State Overnight | 7100-000 | $877.00 | $0.00 | $0.00 | $0.00 |
| | GPA | 7100-000 | $720.00 | $0.00 | $0.00 | $0.00 |
| | Great Western Ink | 7100-000 | $4,677.00 | $0.00 | $0.00 | $0.00 |
| | Huber Group | 7100-000 | $1,530.00 | $0.00 | $0.00 | $0.00 |
| | Imperial Die | 7100-000 | $1,239.00 | $0.00 | $0.00 | $0.00 |
| | Inland Binding | 7100-000 | $810.00 | $0.00 | $0.00 | $0.00 |
| | Master Color | 7100-000 | $912.00 | $0.00 | $0.00 | $0.00 |
| | Printers Service | 7100-000 | $554.00 | $0.00 | $0.00 | $0.00 |
| | Sacramento Color Coil | 7100-000 | $1,195.00 | $0.00 | $0.00 | $0.00 |
| | Sacramento Envelope | 7100-000 | $1,020.00 | $0.00 | $0.00 | $0.00 |
| | Texaco | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | United Parcel Services | 7100-000 | $809.00 | $0.00 | $0.00 | $0.00 |
| | Uptown Studios | 7100-000 | $285.00 | $0.00 | $0.00 | $0.00 |
| | Veritiv Express | 7100-000 | $19,031.00 | $0.00 | $0.00 | $0.00 |
| | Visual Media Alliance Insurance | 7100-000 | $489.00 | $0.00 | $0.00 | $0.00 |
| | West Coast Paper Solutions | 7100-000 | $33,702.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $117,234.00 | $52,799.04 | $53,183.30 | $6,918.97 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 19-27028-A-7
**Case Name:** J&M PRINTING, INC.
**For the Period Ending:** 8/9/2021

**Trustee Name:** Kimberly Husted
**Date Filed (f) or Converted (c):** 11/12/2019 (f)
**§341(a) Meeting Date:** 12/20/2019
**Claims Bar Date:** 03/23/2020

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Wells Fargo - only account of Debtor since savings account closed in 2015. Checking 5705 | $6,799.81 | $6,799.81 | | $6,785.81 | FA |
| 2 | Customer lists, mailing lists, or other compilations 95% of printing business was through print brokers, not direct to customers. | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Causes of action against third parties (whether or not a lawsuit has been filed) Voidable Preference against Wells Fargo - See SOFA # 3. Voidable Preference | $41,213.26 | $41,213.26 | | $41,121.26 | FA |

| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| | **$48,013.07** | **$48,013.07** | **$47,907.07** | **$0.00** |

**Major Activities affecting case closing:**

07/18/2020 e3state taxes sent today, await 60 prompt determination by IRS

07/17/2020 Tax returns were prepared by Trustee CPA who did forensic work to resolve perceived inaccuracy in the P&L documents supplied. CPA Application for fees to be heard 8/31/20. Taxes will be mailed next week.

05/29/2020 Tax Law changes due to CARES Act have potential refunds owed this type of business entity. Sent documents to CPA for opinion. Also the two wage claims by former principles in the entity require special entry for withholdings.

04/09/2020 sent email demand to wells this date for $41,121.26 copy in pref/ transfers section of docs

**Initial Projected Date Of Final Report (TFR):** 12/31/2020 **Current Projected Date Of Final Report (TFR):**

/s/ KIMBERLY HUSTED

KIMBERLY HUSTED

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 19-27028-A-7
**Case Name:** J&M PRINTING, INC.
**Primary Taxpayer ID #:** **-***1020
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 11/12/2019
**For Period Ending:** 8/9/2021

**Trustee Name:** Kimberly Husted
**Bank Name:** Independent Bank
**Checking Acct #:** ******7028
**Account Title:**
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/31/2019 | (1) | Wells Fargo | Bank account turnover | | 1129-000 | $6,785.81 | | $6,785.81 |
| 04/15/2020 | (3) | Wells Fargo | Return voidable transfer funds | | 1141-000 | $41,121.26 | | $47,907.07 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $69.86 | $47,837.21 |
| 09/13/2020 | 20001 | Michael Gabrielson | Interim fees pursuant to order 20 | | * | | $4,623.45 | $43,213.76 |
| | | | Interim fees pursuant to order 20 | $(4,503.00) | 3410-000 | | | $43,213.76 |
| | | | Interim expenses pursuant to order 20 | $(120.45) | 3420-000 | | | $43,213.76 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $66.50 | $43,147.26 |
| 10/05/2020 | | Independent Bank | Bank Fee Reversal | | 2600-000 | | ($66.50) | $43,213.76 |
| 02/20/2021 | 20002 | Kimberly Husted | Trustee Compensation Trustee Expenses | | * | | $5,563.23 | $37,650.53 |
| | | | Claim Amount | $(5,540.71) | 2100-000 | | | $37,650.53 |
| | | | Claim Amount | $(22.52) | 2200-000 | | | $37,650.53 |
| 02/20/2021 | 20003 | On Line Bindery | Claim #: 1; Distribution Dividend: 13.29; | | 7100-000 | | $382.77 | $37,267.76 |
| 02/20/2021 | 20004 | Sean Allen | Claim #: 2; Distribution Dividend: 100.00; | | 5300-000 | | $8,234.10 | $29,033.66 |
| 02/20/2021 | 20005 | Internal Revenue Service | Claim #: 2; Distribution Dividend: 100.00; Claim #: 2; Distribution Dividend: 100.00; Claim #: 4; Distribution Dividend: 100.00; Claim #: 4; Distribution Dividend: 100.00; Claim #: 4; Distribution Dividend: 13.29; | | * | | $10,122.09 | $18,911.57 |
| | | | Claim Amount | $(3,483.90) | 5800-000 | | | $18,911.57 |
| | | | Claim Amount | $(1,383.90) | 5800-000 | | | $18,911.57 |
| | | | Claim Amount | $(3,774.23) | 5800-000 | | | $18,911.57 |
| | | | Claim Amount | $(1,464.23) | 5800-000 | | | $18,911.57 |
| | | | Claim Amount | $(15.83) | 7100-000 | | | $18,911.57 |

| | | |
|---|---|---|
| **SUBTOTALS** | $47,907.07 | $28,995.50 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 19-27028-A-7 | **Trustee Name:** | Kimberly Husted |
| **Case Name:** | J&M PRINTING, INC. | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***1020 | **Checking Acct #:** | ******7028 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 11/12/2019 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/9/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/20/2021 | 20006 | State of California | Claim #: 2; Distribution Dividend: 100.00; Claim #: 2; Distribution Dividend: 100.00; Claim #: 4; Distribution Dividend: 100.00; Claim #: 4; Distribution Dividend: 100.00; Claim #: 4; Distribution Dividend: 13.29; | | * | | $3,470.92 | $15,440.65 |
| | | | Claim Amount | $(882.00) | 5800-000 | | | $15,440.65 |
| | | | Claim Amount | $(781.20) | 5800-000 | | | $15,440.65 |
| | | | Claim Amount | $(955.50) | 5800-000 | | | $15,440.65 |
| | | | Claim Amount | $(846.30) | 5800-000 | | | $15,440.65 |
| | | | Claim Amount | $(5.92) | 7100-000 | | | $15,440.65 |
| 02/20/2021 | 20007 | Heidelberg USA Inc. | Claim #: 3; Distribution Dividend: 13.29; | | 7100-000 | | $931.94 | $14,508.71 |
| 02/20/2021 | 20008 | Rebecca Glover | Claim #: 4; Distribution Dividend: 100.00; | | 5300-000 | | $8,920.28 | $5,588.43 |
| 02/20/2021 | 20009 | Rebecca Glover | Claim #: 4; Distribution Dividend: 13.29; | | 7100-000 | | $29.32 | $5,559.11 |
| 02/20/2021 | 20010 | WELLS FARGO BANK PAYMENT REMITTANCE CENTER | Claim #: 7; Distribution Dividend: 13.29; Claim #: 8; Distribution Dividend: 13.29; Claim #: 9; Distribution Dividend: 13.29; | | * | | $5,559.11 | $0.00 |
| | | | Claim Amount | $(4,245.88) | 7100-000 | | | $0.00 |
| | | | Claim Amount | $(680.62) | 7100-000 | | | $0.00 |
| | | | Claim Amount | $(632.61) | 7100-000 | | | $0.00 |
| 06/02/2021 | 20006 | VOID: State of California | | | * | | ($3,470.92) | $3,470.92 |
| | | | Claim Amount | $882.00 | 5800-003 | | | $3,470.92 |
| | | | Claim Amount | $781.20 | 5800-003 | | | $3,470.92 |
| | | | Claim Amount | $846.30 | 5800-003 | | | $3,470.92 |
| | | | Claim Amount | $955.50 | 5800-003 | | | $3,470.92 |
| | | | Claim Amount | $5.92 | 7100-003 | | | $3,470.92 |
| 07/16/2021 | | State of California | Claim #: 2; Distribution Dividend: 100.00; Claim #: 2; Distribution Dividend: 100.00; Claim #: 4; Distribution Dividend: 100.00; Claim #: 4; Distribution Dividend: 100.00; Claim #: 4; Distribution Dividend: 13.29; | | 5800-000 | | $3,470.92 | $0.00 |

| | | |
|---|---|---|
| **SUBTOTALS** | $0.00 | $18,911.57 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 19-27028-A-7 | **Trustee Name:** | Kimberly Husted |
| **Case Name:** | J&M PRINTING, INC. | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***1020 | **Checking Acct #:** | ******7028 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 11/12/2019 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/9/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $47,907.07 | $47,907.07 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $47,907.07 | $47,907.07 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $47,907.07 | $47,907.07 | |

**For the period of 11/12/2019 to 8/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $47,907.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,907.07 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $47,907.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $47,907.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/30/2019 to 8/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $47,907.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,907.07 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $47,907.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $47,907.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2



## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 19-27028-A-7 | **Trustee Name:** | Kimberly Husted |
| **Case Name:** | J&M PRINTING, INC. | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***1020 | **Checking Acct #:** | ******7028 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 11/12/2019 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/9/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $47,907.07 | $47,907.07 | $0.00 |

**For the period of 11/12/2019 to 8/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $47,907.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,907.07 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $47,907.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $47,907.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/12/2019 to 8/9/2021**

| | |
|---|---|
| Total Compensable Receipts: | $47,907.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,907.07 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $47,907.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $47,907.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KIMBERLY HUSTED

KIMBERLY HUSTED