United States Bankruptcy Court
Eastern District of California

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 19-27028-A
J&M Printing, Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Aug 30, 2021　　　　　　　　　　Form ID: L90　　　　　　　　　　Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#　　Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | J&M Printing, Inc., PO Box 162152, Sacramento, CA 95816-2152 |
| aty | + | Dale A. Orthner, 69 Lincoln Blvd #300, Lincoln, CA 95648-6303 |
| 22913801 | + | AGFA Corp, 611 River Dr, Elmwood Park NJ 07407-1338 |
| 23151428 | + | Becky Glover, 2147 Arnold Dr, Rocklin CA 95765-5900 |
| 22913802 | + | Best Overnite Express, PO Box 90816, City of Industry CA 91715-0816 |
| 22913803 | + | Capitol Foil, 5710 Auburn Blvd 5, Sacramento CA 95841-2944 |
| 23026818 | + | Capitol Foil & Embossing Inc, North Valley Trade Printing Inc, 5710 Auburn Blvd. Suite 5, Sacramento CA 95841-2944 |
| 22913805 | + | Digital Paper Source, PO Box 1066, Danville CA 94526-1066 |
| 22913807 | + | GPA, 8701 West 47th St A, La Grange IL 60525-3700 |
| 22913806 | + | Golden State Overnight, 4000 Executive Pkwy 295, San Ramon CA 94583-4257 |
| 22913810 | + | Huber Group, 2850 Festival Dr, Kankakee IL 60901-8937 |
| 22913811 | #+ | Imperial Die, 800 Richards Blvd, Sacramento CA 95811-0315 |
| 22913812 | + | Inland Binding, 8188 Belvedere Ave, Sacramento CA 95826-4772 |
| 22913814 | + | North Valley Trade Printing, 5710 Auburn Blvd 5, Sacramento CA 95841-2944 |
| 23026819 | + | North Valley Trade Printing Inc, 5710 Auburn Blvd. Suite 5, Sacramento CA 95841-2944 |
| 22954858 | + | On Line Bindery, 3950 Bissell Ave, Richmond, CA 94805-2242 |
| 22913815 | + | Online Bindery, 3950 Bissell Ave, Richmond CA 94805-2242 |
| 22913816 | + | Printers Service, 26 Blanchard St, Newark NJ 07105-4784 |
| 22913817 | + | Ramendar Singh, 1470 Jodi Dr, Yuba City CA 95993-9280 |
| 22913819 | + | Rebecca Glover, PO Box 162162, Sacramento CA 95816-2162 |
| 22913818 | + | Rebecca Glover, 2147 Arnold Dr, Rocklin CA 95765-5900 |
| 22913820 | #+ | Sacramento Color Coil, 8541 Thys Ct, Sacramento CA 95828-1006 |
| 22913821 | | Sacramento Envelope, 733 Northport Dr, West Sacramento CA 95691 |
| 22913822 | + | Sean Allen, 7654 King Road, Loomis CA 95650-8810 |
| 22913823 | + | Texaco, PO Box 70887, Charlotte NC 28272-0887 |
| 22913825 | #+ | Uptown Studios, 2415 23rd St, Sacramento CA 95818-2510 |
| 22913826 | + | Veritiv Express, 850 N Arlington Heights Rd, Itasca IL 60143-1441 |
| 22913827 | + | Visual Media Alliance Insurance, 665 Third St 500, San Francisco CA 94107-1956 |
| 23048494 | + | WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION, P O BOX 29482, PHOENIX, AZ 85038-9482 |
| 22913829 | + | Wells Fargo, Credit Bureau Resolution, PO Box 14517, Des Moines IA 50306-3517 |
| 22913828 | + | Wells Fargo, PO Box 77033, Minneapolis MN 55480-7733 |
| 22913830 | + | West Coast Paper Solutions, PO Box 84145, Seattle WA 98124-5445 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: kh7trustee@gmail.com | | |
| | | | Aug 30 2021 23:45:00 | Kimberly J. Husted, 11230 Gold Express Dr #310-411, Gold River, CA 95670-4484 |
| 22913804 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 30 2021 23:48:25 | Chevron PLCC, 4125 Windward Plaza, Alpharetta |

Filed 09/01/21     Case 19-27028     Doc 30

| District/off: 0972-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 30, 2021 | Form ID: L90 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 23088783 | | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 30 2021 23:46:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 22913808 | + | Email/Text: accounting@gw-inks.com | Aug 30 2021 23:45:00 | Great Western Ink, 2100 NW 22nd Ave, Portland OR 97210-2360 |
| 22913809 | + | Email/Text: Megan.Miller@heidelberg.com | Aug 30 2021 23:45:00 | Heidelberg USA Inc., 1000 Gutenberg Dr, Kennesaw GA 30144-7028 |
| 22913824 | + | Email/Text: bankruptcy@ups.com | Aug 30 2021 23:46:00 | United Parcel Services, PO Box 894820, Los Angeles CA 90189-4820 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | | Gabrielson & Company |
| 23088784 | * | Franchise Tax Board, Bankruptcy Section MS A340, PO Box 2952, Sacramento CA 95812-2952 |
| 22913813 | ##+ | Master Color, 1780 Vernon St 7, Roseville CA 95678-6311 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2021      Signature:     /s/Joseph Speetjens

FORM L90 Notice of Filing Trustee's Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged, Combined with Order Fixing Deadline for Filing Objections Thereto (v.8.14)

19–27028 – A – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



**NOTICE OF FILING TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED, COMBINED WITH ORDER FIXING DEADLINE FOR FILING OBJECTIONS THERETO**

**Case Number:** 19–27028 – A – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

J&M Printing, Inc.

68–0451020
PO Box 162152
Sacramento, CA 95816–2152

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
J & M Printing, Inc. – CA SOS # C4270946
J & M Printing, Inc. – CA SOS # C2229205

**NOTICE IS HEREBY GIVEN THAT** the trustee in the above referenced case has filed a Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged. The Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged is available for inspection at the Office of the Clerk, U.S. Bankruptcy Court, at the address shown above.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT** any person wishing to object to the trustee's Final Account and Distribution Report, Certification That the Estate Has Been Fully Administered, and Application to be Discharged must file a written objection within 30 days of the date of this Notice. The objection shall state with particularity the grounds therefor (see NOTE below) and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing date are posted under *Court Calendars* on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served by the objecting party on the trustee, on the trustee's attorney, if any, and unless filed by the U.S. Trustee, on the Office of the U.S. Trustee on or before the date of filing with the Clerk. Proof of service of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within three (3) court days.

If no objections are filed, no hearing will be calendared and the Court will, **without further notice**, enter a final decree closing the case, discharging the trustee, and cancelling the trustee's bond.

Dated:
8/30/21

For the Court,
Wayne Blackwelder , Clerk

**NOTE:** Examples of matters which are appropriate grounds for hearings on objections to the trustee's Final Account and Distribution Report include, but are not limited to, failure by the trustee to collect and reduce to money the property of the estate; failure of the trustee to account for all property received; failure by the trustee to investigate the financial affairs of the debtor; and failure to be paid on a debt owed. Examples of matters which are **not** appropriate for hearings on objections to the trustee's report include general objections to the debtor's discharge; objections to the dischargeability of specific debts; and return of property.